IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEPHANIE REIN, | ) |
|           Plaintiff, | ) |
| vs. | ) Case No. 3:23-cv-00071-GCS |
| WALMART, INC., | ) |
|           Defendant. | ) |

### STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed, by and between the parties to the above entitled cause, that said cause having been settled as to defendant, WALMART, INC., the action may be dismissed with prejudice to plaintiff, with each party to bear its own costs and the court file may be closed.

THE LAW OFFICES OF STEVEN J.
MALMAN & ASSOCIATES, P.C.

BY: /s/ Meagan Schweickert
Meagan Schweickert
205 West Randolph St., Ste. 1700
Chicago, IL 60606
(312) 629-0099
Mschweickert@malmanlaw.com
***Attorney for Plaintiff***

LEWIS BRISBOIS BISGAARD & SMITH LLP

BY: /s/Nicholas C. Martin
Nicholas C. Martin - #6324298
Nicholas.Martin@lewisbrisbois.com
Jarred P. Reed - #6333651
Jarred.Reed@lewisbrisbois.com
Mark Twain Plaza II
103 West Vandalia Street, Suite 300
Edwardsville, IL 62025
Telephone 618.307.7290
***Attorneys for Defendants***

## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing has been electronically Filed and served upon all counsel of record through the Court's electronic filing system on **March 19, 2024.**

Meagan Schweickert
The Law Offices of Steven J. Malman
& Associates, P.C.
205 West Randolph St., Ste. 1700
Chicago, IL 60606
(312) 629-0099
Mschweickert@malmanlaw.com

By: /s/Nicholas C. Martin
LEWIS BRISBOIS BISGAARD and SMITH LLP